

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023
EMAIL: BROWNN@SEC.GOV

May 18, 2015

<u>Via ECF and UPS Overnight</u>

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:   SEC v. Gray, et al.;
>        <u>No. 15 Civ. 1465 (LAK)</u>

Dear Judge Kaplan:

We represent the Plaintiff, Securities and Exchange Commission, in this action.

Enclosed please find for the Court's consideration two courtesy copies of a Stipulation and Proposed Order permitting Defendants to take steps to sell certain assets frozen under the Preliminary Injunction Order, entered March 23, 2015. Specifically, the Commission, Gray and his wife, Cynthia Gray, have agreed to the sale of the (1) Florida Property, with proceeds of that sale directed to an account under the control of the Receiver; and (2) the sale of two cars, with a purchase of two replacement cars that will continue to be subject to the Asset Freeze. Finally, the stipulation permits the Grays to take steps to begin the process of selling their jointly-owned home in Buffalo.

We have filed the enclosures on ECF in redacted form. We also enclose here a copy of the Proposed Order in redacted form for execution and filing should the Court approve it.

> Respectfully submitted,
>
> Nancy A. Brown

<u>Enclosures</u>
cc:  (w/encl. via email)
Peter Katz, Esq.
       (Counsel for Defendants)
Barry N. Covert, Esq.
       (Counsel for Mrs. Gray)