**DOCKET**



Gregory W Gray Jr.
514 Main #303
Buffalo, NY 14202
June 2nd, 2016

United States District Court
Attn: Hon. Judge Lewis A Kaplan
Court Room: 21B
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-21-16
```

RE: 1:15-cv-01465-LAK

Dear Judge Kaplan:

Your Honor, on May 18th, 2016, I requested an addition two-week extension to respond to the Receivers request for his Quarterly fees (EXHIBIT #1)

On May 26th, 2016, the Court approved the two-week extension with my response due on, June 8th, 2016 (EXHIBIT #2)

However, on June 1st, the Court granted the Receivers request to pay his fees. (EXHIBIT #3)

Can Your Honor, please explain what happened or what I did wrong, as it was my understanding I had until June 8th, to respond.

Thank you,

Signature of Defendant          *Gregory W Gray Jr.*

Address:                        514 Main St #303
                                Buffalo, NY 14202

Telephone Number                312.933.4522

CC: Nancy Brown- SEC via first class mail and email
CC: Lou Morin III, Receiver first class mail and email

# MEMO ENDORSED



Gregory W Gray Jr.
514 Main #303
Buffalo, NY 14202
May 18th, 2016

United States District Court
Attn: Hon. Judge Lewis A Kaplan
Court Room: 21B
500 Pearl Street
New York, NY 10007-1312



RE: 1:15-cv-01465-LAK

Dear Judge Kaplan:

Your Honor, on May 2nd, 2016, the Court granted me an extension of time to respond to the Receivers application to have his Quarterly fees paid until May 23rd, 2016.

I have received notification from the SEC I should receive the required documentation to help me asses whether to consent or object to the Receivers Quarterly fee's by May 23rd, 2016.

I would please request from the Court, to grant me an additional 2 week (June 8th, 2016) extension to be able to review the necessary documents and respond accordingly.

Application granted.

Thank you, MEMO ENDORSED

So Ordered: **RMB**

Signature of Defendant: *Gregory W Gray Jr.*

Hon. Richard M. Berman
U.S.D.J.-Part I
5/26/2016

Address:  514 Main St #303
          Buffalo, NY 14202

Exhibit #1

Telephone Number:  312.933.4522

Exhibit #2

CC:  Nancy Brown- SEC via first class mail and email
CC:  Lou Morin III, Receiver first class mail and email

Compensation and Reimbursement of Expenses for the period July 1, 2015 to and including December 31. 2015; and

**WHEREAS,** the matter has come on to be heard before this Court on notice to the Commission, Defendant Gregory W. Gray, Jr. and other appearing parties, and any objections having been considered by this Court,

**NOW THEREFORE, IT IS HEREBY ORDERED,** that the Second Interim Application is **GRANTED**; and

**IT IS FURTHER ORDERED,** that the Receiver's Second Interim Application (*EX 144*) be allowed in the amount of $7,500 for services in the Goldberg Action, $48,360 for services under the Receiver Appointment Order and $354.82 for expenses, for a total award of $56,214.82; and

**IT IS FURTHER ORDERED,** that with respect to the Second Interim Award, 10% of the $48,360 shall be subject to holdback as specified in the Receiver Appointment Order; and

**IT IS FURTHER ORDERED,** that the Receiver be authorized to pay the Second Interim Award out of the funds on hand in the Receivership Estate bank account at Rabobank N.A.

Dated: June 1, 2016

_____
UNITED STATES DISTRICT JUDGE

Exhibit #3

17222.001#2674R4/1/16