UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,
         Plaintiff,

-against-

GREGORY W. GRAY, JR., et. al.,
         Defendants,

-and-

ARCHIPEL CAPITAL - AGRIVIDA LLC, et al.,
         Relief Defendants,

WILLIAM J. McESSY,
         Defendant-Intervenor.

15 Civ. 1465 (LAK)

# RECEIVER'S ACCOUNTING REPORT FOR THE PERIOD JANUARY 1, 2018 TO MARCH 31, 2018 PURSUANT TO THIS COURT'S OCTOBER 5, 2015 ORDER

Lucien A. Morin, II, (the "Receiver"), was appointed by order of the Court on March 25, 2015 ("Appointment Order") *[Docket No.35]*, as Receiver for the Defendants Archipel Capital LLC and BIM Management LP (collectively, the "Corporate Defendants") and the Relief Defendants Archipel Capital - Agrivida LLC, Archipel Capital - Amyris Biotechnologies LP, Archipel Capital – Bloom Energy LP ("Bloom Energy"), Archipel Capital – Late Stage Fund LP ("Late Stage Fund"), Archipel Capital - Lineagen LP ("Lineagen"), Archipel Capital - Social Media Fund LP, Archipel Capital - Social Media Fund II LP, Archipel Capital –Social Media Fund LP 3, Archipel Capital – Social Media Fund LP 4, and Bennington–Everloop LP (collectively, "Relief Defendants").

On October 5, 2015, the Court expanded and modified the duties and powers of the Receiver "Expansion Order") *[DE 89]*. Among other things[1], the Expansion Order in III B (1) provided that the "Receiver may expend $2,500 per transaction from the Receivership Estate, but,

---

[1] As part of the Expansion Order, Archipel Capital-Amyris Biotechnologies LP was removed from the Receivership.

1

in no event shall he expend more than $20,000 in the aggregate from the Receivership Estate per calendar quarter for the preservation of the books, records, documents and corporates existence of the Corporate Defendants and the Relief Defendants."

That order required, in III B (2), that the "Receiver shall file with this Court an accounting of the amounts expended pursuant to this paragraph within 30 days following the close of each calendar quarter."

In accordance with the Expansion Order, the Receiver hereby sets forth below his Report for the period January 1, 2018 to and including March 31, 2018 ("First Quarter 2018"):

1. From the Receivership funds on hand, during the First Quarter 2018, a total of $240.00 was disbursed on behalf of the Corporate and/or Relief Defendants.

2. The $240.00 is itemized as follows:

| PAYEE NAME | DATE | AMOUNT | PURPOSE |
| --- | --- | --- | --- |
| CT Corp | 2/22/18 | $120.00 | Bloom Energy - Agent representation |
| CT Corp | 2/22/18 | $120.00 | Lineagen - Agent representation |

3. There were no other disbursements from the Receivership Estate during the First Quarter 2018 except for the Initial Distribution under the Plan in the approved amount of $750,000, an accounting for which will be filed with the Receiver's Final Report in this matter.

Respectfully,

Dated as of April 26, 2018

/s/
Lucien A. Morin, II, Esq., Receiver
McConville, Considine, Cooman & Morin, P.C.
25 East Main Street, Suite 400
Rochester, New York 14614

17222.001#7264