

**MEMO ENDORSED**

Gregory W. Gray Jr.
60 School St #1192
Orchard Park, NY 14126
September 3rd, 2019

United States District Court
Attn: Hon. Judge Lewis A Kaplan
Court Room: 21B
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-19

Case: 1:15-cv-01465-LAK

RE : *Motion to dismiss / Void settlement agreement*

Dear Judge Kaplan:

I write to you today to inform the court of new information in my case with the SEC.

I would please request, the SEC settlement agreement be deemed void, and the original case be dismissed due to the SEC knowingly using fraudulent (pending criminal matter) information to open an investigation against me.

**Background**

The SEC and I agreed to settle charges in January 2017.

Despite me not being represented by Counsel and telling the SEC over and over I have never read their complaint and do not understand the settlement agreement, I agreed to settle as I was leaving for Prison Camp and could not defend myself.

Steven Rawlings of the SEC even joked to me stating " Greg you are the first person in history to settle with the SEC who has never read their complaint".

**New information - FRAUD**

Currently there is a civil case against me in the NDNY, during the deposition of Andrew Russo, he admitted under oath to stealing my identity and using information he obtained illegally to pass along to the SEC, which then triggered their initial investigation. Mr. Russo than gave my identity to Mr. Andrew Goldberg, who in turn also stole my identity.

I have provided this information (the crime) to AUSA, Mr. Ferrara in the SDNY.

The SEC cannot knowingly use information gathered from another person's crime and use against me. Without the crime(s) committed by Mr. Russo and Mr. Goldberg, the SEC would have never opened an investigation against myself.

The SEC knowingly used fraudulent information to mislead the court to believing there were numerous victims, which we know there to be 1 victim. The AUSA never accused me of profiting $1. The SEC's case was built on fraud and should be dismissed.

I would please request the SEC's original complaints be dismissed and my settlement agreement with the SEC be deemed void.

Thank you,

Signature of Defendant: *Gregory W Gray Jr.*

Address: 60 School St #1192
Orchard Park, NY 14127

Telephone Number: 312.933.4522

CC: All parties

---

*Denied in all respects substantially for the reasons set forth in the SEC's 9/6/19 letter.*

copies mailed 9-11-19
Chambers of Judge Kaplan

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
9/11/19