Gregory W Gray Jr.
60 School St 1192
Orchard Park, NY 14127
November 21st, 2019

United States District Court
Attn: Hon. Judge Lewis A Kaplan
Court Room: 21B
500 Pearl Street
New York, NY 10007-1312

RE: 1:15-cv-01465-LAK

Dear Judge Kaplan:

Now that the SEC has filed a motion to fire the Receiver, I think we should take a moment to reflect on the gross incompetence by the SEC n Receiver and how much money they cost Archipel investors!

I know you don't care how much money investors lost because of the SEC's / Receivers negligence, but my hope is by bringing it to your attention it will help you think twice in future cases believing the SEC in infallible.

### Twitter

I asked the Receiver / SEC to clawback my 150k shares of the crime in question. This was the right thing to do! Not only would this have made EVERY investor whole, it would have made Archipel Capitals remaining holdings all profit for investors!

Loss monies due to SEC / Receiver – 150,000 shares at $50 per share (the price they could have sold vs. the price they sold) – END RESULT $7.5 million

### Bloom Energy

I sent the receiver n cc'd the SEC on how to sell Bloom Energy when the 180 lock-up period was due to expire. The SEC/ Receiver should have sold Bloom Energy at $34 per share, instead they held onto it and is currently $2 per share

END RESULT 180,000 shares of Bloom Energy $32 price difference = $5.76 million

### LYFT

In March 2015- PRIOR TO any discovery or any plea- the SEC/ Receiver chose to clawback Archipel's investment into LYFT. There was zero reason to claw back LYFT!

$250k investment @ LYFT current valuation = $5.25 million lost opportunity.

Remaining investments: Agrivida, Lineagen, Kisameet Clay. I am sure Your Honor, I will be sending you another letter as a reminder of how incompetent the SEC was with those investments as well – sad part is nobody cares, but I can go to sleep at night I tried!

Total loss by the SEC / Receiver incompetence: **over $17 million is lost shareholder value without ANY ACCOUNTABILITY !!!!!!!!!!!!!!!!!!!!!!!!!!**

Signature of Defendant: *Gregory W Gray Jr.*

CC: All parties