**Goldin**
A Teneo Company

***Summary of Fees:***

For Services 12/16/19 Through   12/31/21

| Totals for | Hours | Amount |
|---|---|---|
| Client: Archipelago | | |
| Karthik Bhavaraju, Managing Director | 19.70 | $14,775.00 |
| 750.00 | 19.70 | $14,775.00 |
| Archipelago | 19.70 | $14,775.00 |
| Grand Total | 19.70 | $14,775.00 |



*Timekeeper Narrative:*

For Services 12/16/19 Through   12/31/21

| Date | Hours | Work Code | Description |
|---|---|---|---|
| **Timekeeper: Karthik Bhavaraju, Managing Director** | | | |
| 12/18/2019 | 0.20 | | Administrative set up for transition of Archipel matter to new receivership entity |
| 3/2/2020 | 0.50 | | Discuss and update tax return documents for L. Marou of Insero |
| 3/3/2020 | 1.00 | | Work with counsel and third party to set up bank account and asset holding account |
| 3/4/2020 | 0.50 | | Work with counsel and third party to set up bank account and asset holding account |
| 3/6/2020 | 1.00 | | Gather information needed to setup and finalize bank accounts and transition of control |
| 3/9/2020 | 1.00 | | Coordinate tax return preparation with L. Marou of Insero and J. Cole, counsel |
| 3/12/2020 | 1.00 | | Finalize tax return filings and review supporting materials for tax return preparation |
| 3/18/2020 | 2.00 | | Archipel tax return preparation and related discussions with J. Cole |
| 3/19/2020 | 0.60 | | Conference call with J. Cole to discuss issues related to transfer of funds from old accounts to new account |
| 3/20/2020 | 0.50 | | Conference call with J. Cole of MCCM law firm to discuss Archipel bill payment issues |
| 3/23/2020 | 0.60 | | Coordinate tax returns and account transfers; discuss open issues with J. Cole |
| 3/25/2020 | 1.00 | | Review remaining portfolio company financials and impact of CVID crisis |
| 3/26/2020 | 0.50 | | Respond to investor questions about investments and receivership issues, including tax returns |
| 4/10/2020 | 1.00 | | Process certain payments and related issues for receivership |
| 7/14/2020 | 1.00 | | Review materials re: financial performance of Agrivida |
| 7/16/2020 | 0.30 | | Conference call with Agrivida re: recent financial performance and potential investor interest in shares |
| 8/13/2020 | 0.40 | | Conference call with J. Cole to discuss issues related to proposed interim status report and plan of distribution |
| 8/13/2020 | 1.00 | | Review communication from M. Paul, CEO of Lineagen re: proposed sale of company |
| 8/18/2020 | 0.40 | | Review materials from Lineagen re: proposed merger transaction |
| 8/18/2020 | 0.50 | | Conference call with L. Morien to discuss certain issues related to funds including Lineagen and potential sale of company |
| 8/19/2020 | 1.00 | | Review information statement related to requested approval for merger of Lineagen with Bionano Genomics |
| 8/19/2020 | 0.30 | | Conference call with M. Paul of Lineagen to discuss terms of proposed sale of company and impact on Archipel securities |
| 8/20/2020 | 0.50 | | Lineagen update call with V. Suthammont, S. Rawlings and L. Morin |
| 8/20/2020 | 1.00 | | Review draft merger agreement documents and recourse to shareholders; discuss information with L. Morin |
| 8/20/2020 | 0.30 | | Conference call with L. Morien to discuss certain issues related to funds including Lineagen and potential sale of company, following discussion with Lineagen CEO |
| 8/21/2020 | 0.30 | | Conference call with A. Ashforth of Agrivida to discuss state of company and related issues |
| 8/21/2020 | 0.30 | | Review materials related to Agrivida financial performance in preparation for call with Agrivida CFO, A. Ashforth |
| 8/27/2020 | 1.00 | | Review materials from Lineagen re: proposed merger transaction to decide next steps related to proposed merger |

Total: Karthik Bhavaraju, Managing Director

       19.70

| | |
|---|---|
| Timekeeper Gross | $14,775.00 |
| Less 50% of Non-Working Travel Time | $0.00 _____ |