UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-15-21

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

      -against-

GREGORY W. GRAY, JR., ARCHIPEL CAPITAL LLC,
and BIM MANAGEMENT LP,

           Defendants,

      -and-

ARCHIPEL CAPITAL – AGRIVIDA LLC, et al.,

           Relief Defendants

WILLIAM J. McESSY

           Defendant-Intervenor

15 Civ. 1465 (LAK)

ECF Case

**[PROPOSED] ORDER
GRANTING FIRST APPLICATION OF THE SUCCESSOR RECEIVER FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD DECMBER 16, 2019 TO DECEMBER 31, 2020**

WHEREAS, on December 16, 2019 the Court entered an Order Appointing Successor Receiver (the "Appointment Order"), *[DE 347]* which, inter alia, appointed Karthik Bhavarau as Successor Receiver; and

WHEREAS, the Successor Receiver has filed his First Application for Allowance of Compensation for the period December 16, 2019 to and including December 31. 2020 (the "First Fee Period"); and

WHEREAS, the matter has come on to be heard before this Court on notice to the

1

Commission, Defendant Gregory W. Gray, Jr. and other appearing parties, and any objections having been considered by this Court,

**NOW THEREFORE, IT IS HEREBY ORDERED**, that the First Application is **GRANTED**; and

**IT IS FURTHER ORDERED,** that the Successor Receiver's First Application be allowed in the amount of $14,775 for services under the Appointment Order; and

**IT IS FURTHER ORDERED**, that the Successor Receiver be authorized to pay the First Award out of the funds on hand in the Receivership Estate bank account at Mechanics Bank.

Dated: _July 24_, 2021

_____
UNITED STATES DISTRICT JUDGE

2